Argued and submitted June 6, affirmed as modified June 29, 1988

In the Matter of the Marriage of

CADDY,
*Respondent,*
*and*

CADDY,
nka McCallister,
*Appellant.*

(44389; CA A45665)

756 P2d 1271

Edward L. Daniels, Albany, argued the cause and submitted the brief for appellant.

Patrick Hadlock, Corvallis, argued the cause for respondent. With him on the brief were Larry W. Stuber, and Ringo & Stuber, P. C., Corvallis.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

This is a domestic relations case in which wife appeals from a trial court order modifying a dissolution decree to reduce husband's spousal support obligation from $1,000 to $400 per month. On *de novo* review, we agree with the trial court that husband satisfied his burden to show that there has been a material change in circumstances since the original decree. However, we disagree with the trial court about the appropriate level of support.

Accordingly, the modification order is amended by changing petitioner's support obligation from $400 to $800 per month.

Affirmed as modified; costs to wife.